# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| VANESSA H. MOORE, as Administratrix of the Estate of JOHNNY J. MOORE, Jr., | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 14-381-KD-N<br>) |
| FRESENIUS MEDICAL CARE HOLDINGS, INC. d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA, et al., | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636 and dated September 30, 2014 is **ADOPTED** as the opinion of this Court. Accordingly, the Motion to Remand is **DENIED**.

**DONE** this 27th day of October 2014.

                                                              s/ Kristi K. DuBose
                                                              KRISTI K. DuBOSE
                                                              UNITED STATES DISTRICT JUDGE